**HAINES & KRIEGER, LLC**
DAVID H. KRIEGER, ESQ.
8985 S. Eastern Ave., Ste. 350
Henderson, NV 89123
e-mail: dkrieger@hainesandkrieger.com
Attorneys for Plaintiff,
PHILIP MONTANA, JR.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA – LAS VEGAS

| | |
|---|---|
| PHILIP MONTANA JR.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., TD BANK, N.A., and EXPERIAN INFORMATION SOLUTIONS, INC.<br><br>　　　　Defendants. | Case No. 2:15-cv-00453-GMN-PAL<br><br>*Assigned to Judge Gloria M. Navarro*<br>*Referred to Magistrate Judge Peggy A. Leen*<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**AND ORDER THEREON**<br><br>Complaint Filed:　March 12, 2015<br>Trial Date:　　　　TBA |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**STIPULATION**

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that Defendant Capital One Bank (USA), N.A. ("Capital One") be dismissed from this action with prejudice, with Plaintiff and Capital One to bear their own fees and costs.

DATED: July 31, 2015                    HAINES & KRIEGER, LLC


                                        By: ___/s/ David H. Krieger___
                                             DAVID H. KRIEGER
                                        Attorneys for Plaintiff,
                                        PHILIP MONTANA. JR.


DATED: July 31, 2015                    FERNALD LAW GROUP LLP


                                        By: ___/s/ Brandon C. Fernald___
                                             BRANDON C. FERNALD
                                        Attorneys for Defendant,
                                        CAPITAL ONE BANK (USA). N.A.


DATED: July 31, 2015                    SNELL & WILMER L.L.P.


                                        By: ___/s/ Bob L. Olson___
                                             BOB L. OLSON, Esq.
                                        Attorneys for Defendant,
                                        EXPERIAN INFORMATION
                                        SOLUTIONS. INC.

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/03/2015.

**CERTIFICATE OF MAILING AND FACSIMILE**

I hereby certify that on the 31st day of July, 2015, I served a true and correct copy of the Parties' Stipulation of Dismissal upon the parties to this action via CM/ECF.

By: ___/s/ David H. Krieger___
David H. Krieger, Esq.
Attorneys for Plaintiff,
PHILIP MONTANA, JR.