1 Danny J. Horen, Esq.
2 NV Bar No. 13153
  Kazerouni Law Group, APC
3 7854 W. Sahara Avenue
4 Las Vegas, NV 89117
  Telephone: (800) 400-6808x7
5 Facsimile: (800) 520-5523
6 danny@kazlg.com

7 *Attorneys for Plaintiff*

8
  **UNITED STATES DISTRICT COURT**
9 **DISTRICT OF NEVADA**

10

11 **PHILIP MONTANA JR.,**

12          Plaintiff,                    **Case No.:** 2:15-cv-00453-GMN-PAL

13              v.                        **STIPULATION OF DISMISSAL OF
                                          DEFENDANT EXPERIAN
14 **CAPITAL ONE BANK (USA),**            INFORMATION SOLUTIONS, INC.**
   **N.A., TD BANK, N.A., and**
15 **EXPERIAN INFORMATION**
16 **SOLUTIONS, INC.,**

17          Defendants.

18

19

20

21

22

23

24

25

26

27

28

---

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff PHILIP MONTANA JR. ("Plaintiff"), and EXPERIAN INFORMATION SOLUTIONS, INC. ("Experian"), having reached settlement, stipulate to dismiss **Experian** from the above-captioned matter, **with prejudice** as to the Plaintiff's claims against Experian. Each party will bear its own costs, disbursements, and attorney fees.

Dated: November 7, 2015

KAZEROUNI LAW GROUP                    JONES DAY


 /s/ Danny J. Horen _____           /s/  Alyssa Staudinger
Danny Horen, Esq.                      Alyssa Staudinger, Esq.
7854 W. Sahara Avenue                  3161 Michelson Drive, Suite 800
Las Vegas, NV 89117                    Irvine, CA 92612
800-400-6808                           949.553.7523
Email: danny@kazlg.com                 Email: astaudinger@jonesday.com
Attorney for Plaintiff                 Attorney for Experian


IT IS SO ORDERED:

Experian is Dismissed from the instant matter, with Prejudice.


DATED: November 13, 2015        _____
                                UNITED STATES DISTRICT COURT JUDGE

STIPULATION OF DISMISSAL                                          2