Michael Kind, Esq.
NV Bar No. 13903
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
Fax: (800) 520-5523
Email: mkind@kazlg.com

David H. Krieger
NV Bar No. 9086
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 383-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILIP MONTANA JR.,<br><br>       Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A., TD BANK, N.A., EXPERIAN INFORMATION SOLUTIONS, INC, and TD BANK USA, N.A.,<br><br>       Defendants. | Case No. 2:15-cv-00453-GMN-PAL<br><br><br><br><br>**REQUEST AND STIPULATION TO EXTEND TIME FOR DEFENDANT TD BANK, N.A. TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

On December 14, 2015, Plaintiff Philip Montana, Jr. ("Plaintiff") and Defendant TD Bank, N.A. ("TD Bank") by and through their respective counsel, hereby stipulate and agree as follows:

    1.    Plaintiff filed a Complaint in this action on March 12, 2015.

2.    On November 17, 2015, TD Bank filed a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(2) suggesting that TD Bank USA, N.A. was likely the appropriate defendant in this case.

3.    Plaintiff filed a First Amended Complaint on November 25, 2015 naming TD Bank USA, N.A. as a defendant.

4.    Plaintiff and TD Bank, N.A. will stipulate to dismiss TD Bank, N.A. without prejudice, once TD Bank USA, N.A. appears in this action.

5.    This is the first request for an extension of this deadline made by the parties.[1]

Dated: December 14, 2015.

KAZEROUNI LAW GROUP

/s/ Michael Kind
Michael Kind
Nevada Bar No. 13903
7854 W. Sahara Avenue
Las Vegas, NV 89117
Attorney for Plaintiff

DUANE MORRIS

 /s/  Daniel B. Heidtke
Daniel B. Heidtke, Esq.
100 North City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Email: DBHeidtke@duanemorris.com
Attorney for TD Bank, N.A.

**ORDER**

IT IS SO ORDERED

UNITED STATES DISTRICT JUDGE

DATED: ___Dec 15, 2015___

---

1.  In entering this Request and Stipulation, T.D. Bank, N.A., retains its position that this Court lacks personal jurisdiction over T.D. Bank, N.A., as set forth in T.D. Bank, N.A.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) [Doc. 24]. This Request and Stipulation is entered consistent with the points and authorities set forth in T.D. Bank, N.A.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(2) [Doc. 24], and is submitted in good faith.

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of December 2015, service of the foregoing

REQUEST AND STIPULATION TO EXTEND TIME FOR DEFENDANT TD BANK, N.A.

TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT was sent via CM/ECF to

all parties appearing in this case:

**Timothy R. Mulliner**
Duane Morris LLP
100 North City Parkway Suite 1560
Las Vegas, NV 89106-4617            representing        **TD Bank N.A.**
702-868-2622                                            *(Defendant)*
702-385-6862 (fax)
trmulliner@duanemorris.com



By: /s/ Michael Kind
      Michael Kind, Esq.
      NV Bar No. 13903
      7854 W. Sahara Avenue
      Las Vegas, NV 89117